AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Fanely Enriquez-Ramos,<br>_____<br>*Defendants* | )<br>)<br>)  Case No.  20- 075 MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, Christopher Lo, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about February 4, 2020, at or near Phoenix, in the District of Arizona, FANELY ENRIQUEZ-RAMOS did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance. in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**See attached Statement of Probable Cause incorporated herein by reference.**

AUTHORIZED BY: AUSA Seth T. Goertz

Christopher Lo
Special Agent, HSI
_____
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence

February 6, 2020
Date

at   Phoenix, Arizona
City and State

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge
_____
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Christopher Lo, Special Agent of the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), being duly sworn, depose and state under oath that:

1) I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2) I have been employed as a special agent since September 2018. I have conducted numerous criminal investigations for multiple violations of federal and state laws including narcotics trafficking, human and sex trafficking, violent gang offenses, weapons trafficking, money laundering, counterfeit currency, and organized criminal activity. These investigations involved performing various investigative techniques to include authoring search warrants, court orders, subpoenas, and Title III electronic surveillance court orders. Prior to becoming a special agent, I was employed as a detective with the Metropolitan Nashville Police Department assigned to the Specialized Investigations Division Gang Unit attached to the United States Attorney's Office, Middle District of Tennessee. I have conducted arrests and investigations of criminal violations since February of 2008, and those arrests and investigations have led to subsequent convictions in both state and federal courts along with the seizure of illegal controlled substances, illegal firearms, and proceeds from various illegal activity. I have completed numerous specialized training programs on the subject of criminal investigations involving narcotics smuggling, undercover operations, human smuggling, electronic surveillance, human and sex trafficking, and weapons trafficking to include the criminal investigators training program at the Federal Law Enforcement Training Center in

1

Glynco, GA. I received a Bachelor of Arts in Criminology from Louisiana State University in 2012.

3) I submit that there is probable cause to believe that Fanely ENRIQUEZ-RAMOS did knowingly and intentionally possess with intent to distribute, a controlled substance (fentanyl) in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

4) I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause in support of a Criminal Complaint for ENRIQUEZ-RAMOS.

5) On or about February 4, 2020, I was working with members of the Homeland Security Investigations ("HSI") Border Enforcement Security Task Force ("BEST") to conduct narcotics enforcement in the Phoenix, Arizona metropolitan area. Specifically, I was working with HSI Task Force Officer ("TFO") Brandon Kinser and Stephen Cronkhite.

6) On or about February 4, 2020, TFO Kinser stopped a black 2018 Cadillac Escalade, bearing Sonora tag VB-73-897, for a window tint violation while it was driving along 43rd Avenue near Clarendon Street in Phoenix, Arizona.

7) TFO Kinser made contact with the driver and ENRIQUEZ-RAMOS, who was seated in the front passenger seat. Upon making contact with the driver, TFO Kinser immediately smelled the odor of marijuana coming from within the vehicle and asked the driver to step out of the vehicle. The driver dropped a marijuana blunt as he exited the vehicle.

8) ENRIQUEZ-RAMOS was asked to exit the vehicle so that officers could search the vehicle for any additional contraband. I responded to the traffic stop to speak with ENRIQUEZ-RAMOS while the vehicle was being searched.

9) Upon confirming her identification, ENRIQUEZ-RAMOS was found to have outstanding felony warrants from Pinal County, Arizona for prior drug offenses. I

2

asked ENRIQUEZ-RAMOS if she had any drugs or weapons on her to which she stated she did not. I advised ENRIQUEZ-RAMOS that she had outstanding warrants, would be placed under arrest, and asked again if she had anything illegal on her person. ENRIQUEZ-RAMOS retrieved a taped up bundle of light blue pills marked "M/30", which I know to be common markings for illegal fentanyl pills from Mexico, and a small handgun from within her bra. ENRIQUEZ-RAMOS was placed under arrest and transported to an Arizona Department of Public Safety (DPS) detention station.

10) The suspected fentanyl pills were further examined and found to weigh a total of approximately 6.9 ounces or 195.61 grams. The handgun was identified as a Jimenez Arms .22 caliber firearm and was loaded with 6 live rounds.

11) I advised ENRIQUEZ-RAMOS of her Miranda Rights from an HSI Miranda Rights form to which she stated she understood, waived her rights via the signed form, and agreed to answer questions.

12) ENRIQUEZ-RAMOS made statements claiming ownership of both the bundle of pills and the firearm found on her person. She further stated that the pills were fentanyl pills from Mexico and that she sells them for money. ENRIQUEZ-RAMOS made statements that the firearm was for her own protection in case someone tried to rob or harm her since she sold drugs. ENRIQUEZ-RAMOS made statements that she was arrested during a traffic stop in Pinal County, Arizona in late 2018. She was from Mexico and present in the United States illegally and was deported back to Mexico. A few months later, ENRIQUEZ-RAMOS was smuggled into the United States from Mexico and is currently present in the United States as an illegal alien.

13) Due to the risk of exposure to fentanyl, the suspected fentanyl pills were submitted to a laboratory for further testing.

3

14) Based on the facts and circumstances set forth in this Affidavit, I submit that there is probable cause to believe that ENRIQUEZ-RAMOS did knowingly and intentionally possess with intent to distribute, approximately 195.61 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

CHRISTOPHER LO
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on the 6th day of February 2020.

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

4